

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00043-CR

KIBA BARNER, Appellant

§ On Appeal from the 297th District Court

§ of Tarrant County (1601127D)

V.

§ January 12, 2023

§ Memorandum Opinion by Chief Justice Sudderth

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the language showing that appellant Kiba Barner pleaded "true" and to reflect that she pleaded "not true" to paragraph two and "true" to paragraphs three through six. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
　　　Chief Justice Bonnie Sudderth